```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00799
   DOUGLAS R LEE
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-4333


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/31/06 and confirmed on 06/16/06.

   2.  The case was converted to Chapter 7 after confirmation, 08/07/2007.

   3.  The Debtor paid a total of $   6606.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN GENERAL FINANCE | SECURED | 9390.28 | 486.01 | 3991.68 |
| MONTEREY FINANCIAL SVCS | SECURED | 28.91 | .00 | 28.91 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BANKRUPTCY REPORTING CON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 321.24 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1251.11 | .00 | 17.14 |
| CAVALRY SPV II LLC | UNSECURED | 1326.99 | .00 | 18.18 |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF NAPERVILLE | UNSECURED | 224.27 | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORDIN & STURINO PC | UNSECURED | 2836.20 | .00 | 59.73 |
| RMI/MCSI | UNSECURED | 500.00 | .00 | .00 |
| RMI MCSI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 31456.33 | .00 | 752.48 |
| TORRES CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LASHAWN BROWN | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ANTHONY C MILLAZZO DDS | UNSECURED | 828.98 | .00 | 17.45 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 9419.19 | .00 | 38745.12 | .00 | 48164.31 |
| PRINCIPAL PAID | 4020.59 | .00 | 864.98 | .00 | 4885.57 |
| INTEREST PAID | 486.01 | .00 | .00 | .00 | 486.01 |

```
TOTAL PAID              4506.60         .00      864.98          .00    5371.58
```
The Debtor's attorney, GLEASON & MACMASTER            , was allowed $   2500.00
and was paid $       1.00   direct and $     804.70   through the plan.

The Trustee received $     246.22 .

Refunds to the Debtor totaled $     183.50 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE